FILED
IN OPEN COURT

JAN 10 2008

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 08cr14 |
| | ) | |
| TARIK BEN JABRANE | ) | Judge Liam O'Grady |
| | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

From in or about July 2004, through in or about December 2005, within the Eastern District of Virginia, the defendant, TARIK BEN JABRANE, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with other persons to unlawfully, knowingly, and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

( In violation of Title 21 United States Code, Section 846)

Respectfully submitted,

Chuck Rosenberg
UNITED STATES ATTORNEY

By: *[signature]*
Jonathan L. Fahey
Assistant United States Attorney